UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  CHERYL C EVERRETT

CASE NO. 04 B 44478

CHAPTER 13

JUDGE: BRUCE W BLACK

Debtor  
SSN XXX-XX-1057

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/02/04 and confirmed on 02/28/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32930.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST AMERICAN BANK | SECURED | 7392.62 | 337.72 | 7392.62 |
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3138.78 | .00 | 798.38 |
| BECKET & LEE LLP | UNSECURED | 4268.06 | .00 | 1085.62 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 5585.62 | .00 | 1420.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11049.64 | .00 | 2810.57 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2926.09 | .00 | 744.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8094.84 | .00 | 2059.00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 7864.53 | .00 | 2000.41 |
| ROUNDUP FUNDING LLC | UNSECURED | 12420.01 | .00 | 3159.15 |
| ROUNDUP FUNDING LLC | UNSECURED | 3430.29 | .00 | 872.53 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12049.91 | .00 | 3065.01 |
| ROUNDUP FUNDING LLC | UNSECURED | 9177.16 | .00 | 2334.30 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7392.62 | .00 | 80004.93 | .00 | 87397.55 |
| PRINCIPAL PAID | 7392.62 | .00 | 20350.00 | .00 | 27742.62 |
| INTEREST PAID | 337.72 | .00 | .00 | .00 | 337.72 |
| TOTAL PAID | 7730.34 | .00 | 20350.00 | .00 | 28080.34 |

The Debtor's attorney, MELVIN J KAPLAN           , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1422.77 .

Refunds to the Debtor totaled $ 726.89 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 04 B 44478 CHERYL C EVERRETT